UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE: WILLIAM E. GABLE, JR,  CASE NO.: 16-50032
AKA BILL GABLE, AKA W.E. GABLE  CHAPTER 12
DBA GABLE FARMS

     Debtor.
_____\

## NOTICE OF CONTINUED 341 MEETING

YOU ARE HEREBY NOTIFIED the Section 341 Meeting of Creditors has been rescheduled for Wednesday, March 23, 2016, at 12:00 PM (CST)/1:00 PM (EST) at 110 E. Park Avenue, Room 004, Tallahassee, FL

    Respectfully submitted this 29th day of February, 2016.

/s/ Charles M. Wynn
CHARLES M. WYNN, ESQ.
CHARLES M. WYNN LAW OFFICES, PA
P. O. Box 146
Marianna, FL 32447-0146
(850)526-3520
FL Bar #0241695
Attorney for Debtor
Court@Wynnlaw-fl.com