UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:

| | |
|---|---|
| WILLIAM E. GABLE, JR, | CASE NO.: 16-50032 |
| AKA BILL GABLE, AKA W.E. GABLE | CHAPTER 12 |
| DBA GABLE FARMS | |

     **Debtor.**

_____\

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE PAPERWORK (Doc #12)**

**THIS CAUSE** having come before the Court upon the Debtor's Motion to Extend Time to File Paperwork (Doc #12) and the Chapter 12 Trustee having no objection to the relief requested in the Motion and the Court having considered the motion, it is

**ORDERED** that the deadline set for February 18, 2016, for the filing of all remaining paperwork is extended to March 3, 2016.

**DONE AND ORDERED** in Chambers this  2nd  day of   March           , 2016

                                                          KAREN K. SPECIE
                                                          UNITED STATES BANKRUPTCY JUDGE

Charles M. Wynn Law Offices, PA is directed to serve a copy of this Order on interested parties and file a proof of service within 3 days of the entry of the Order

This Order prepared by:
Charles M. Wynn Law Offices, PA
PO Box 146
Marianna, FL 32447