UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE: WILLIAM E. GABLE, JR,             CASE NO.: 16-50032
AKA BILL GABLE, AKA W.E. GABLE     CHAPTER 12
DBA GABLE FARMS

    Debtor.
_____\

## NOTICE OF CONTINUED 341 MEETING

YOU ARE HEREBY NOTIFIED the Section 341 Meeting of Creditors has been rescheduled for Wednesday, April 20, 2016, at 9:00 AM (CST)/10:00 AM (EST) at 110 E. Park Avenue, Room 004, Tallahassee, FL

Respectfully submitted this 22nd day of March, 2016.

/s/ Charles M. Wynn
CHARLES M. WYNN, ESQ.
CHARLES M. WYNN LAW OFFICES, PA
P. O. Box 146
Marianna, FL 32447-0146
(850)526-3520
FL Bar #0241695
Attorney for Debtor
Court@Wynnlaw-fl.com