UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE: WILLIAM E. GABLE, JR,  CASE NO.: 16-50032
AKA BILL GABLE, AKA W.E. GABLE  CHAPTER 12
DBA GABLE FARMS

    Debtor.
_____\

## NOTICE OF FILING APPRAISAL

NOW COMES the Debtor, WILLIAM E. GABLE, JR, by and through his undersigned attorney and submits the Appraisal conducted by Bradley Clark of Clark's Auction on the assets of William E. Gable, Jr.

DATED this ___ day of APRIL, 2016.

/s/Charles M. Wynn
CHARLES M. WYNN, ESQ.
CHARLES M. WYNN LAW OFFICES, PA
P. O. Box 146
Marianna, FL 32447-0146
(850)526-3520
Court@wynnlaw-fl.com
FL Bar #0241695
Attorney for Debtors

# Appraisal Report

William E. Gable Jr.
6511 Bradley Road
Marianna, Florida 32448

**File #WBG 3.14.2016**

**Prepared by:**
Bradley Clark
Clark's Auction
2987 Hwy 69
Grand Ridge, Florida 32442
(850) 718-6510

**Member:** Certified Auctioneer
Certified Ring Master

# Table of Contents

| | |
|---|---|
| Title Page | 1 |
| Table of Contents | 2 |
| Summary | 3 |
| Analysis | 4 |
| Conditions of Appraisal | 6 |
| Certification | 6 |
| Purpose of Report | 7 |
| Method of Valuation | 7 |
| Definition of Value | 7 |
| Basis of Appraisal | 7 |
| Description | 7 |
| Appraiser Qualifications | 8 |
| Value Listings | Appendix A |

# Summary

On March 12, 2016, at the request of William E. Gable Jr., I personally inspected an assortment of scrap metal and equipment located on this farm that has been accumulated over many years from this farming operations dating back to 1895 when Mr. Gable's Grand Father homesteaded the 160 acres located on the SE ¼ of Sec. 32 T3N, R8W, Jackson County Florida hereinafter known as "Gable Farms" which Mr. William E. Gable Jr, 6511 Bradley Road, Marianna, Florida 32448 is scheduled to inherit sometime in the future. The Farm is currently owned by Mrs. Faye Gable and her son William E. Gable Jr., who resides on the farm. The Farm is well known through many years as a cow/calf operation producing natural cattle and farming enterprise growing grains, produce, hay, peanuts, cotton, etc., and for many years in the past making some of the best home made syrup and fresh vegetables that can be made. The cattle, farming, and fresh vegetables operation still continues to date.

# Value

### Fair Market Value

The Fair Market Value and/or Appraisal for Buyout for the property in total for Exhibit A is:
**$6,730.00**

This is not the appraisal report. The appraisal report must be read in its entirety.

*Bradley Clark, AU4628*

*Bradley Clark, Auctioneer & Appraiser*

# Analysis

## Bankruptcy

### CONFIDENTIALITY

A copy of the values in this document along with my original notes are retained in my file. These records are maintained in the strictest confidence and I will not allow others to have access to these records without your written permission unless I am legally compelled to do so.

### AUTHENTICITY

Items are appraised as to what they appear to be after a brief on-site examination consulting with the owner if necessary. The appraiser makes no claims as to the authenticity of any of the items.

### CONDITION

The condition of these items is used and reflect normal wear and tear. Specific damage is usually noted unless valued as scrap metal.

### MARKET TRENDS

Market trends at this time are low reflecting the current economy. Scrap metal is currently at a considerable lower value considering past market values of previous years.

### VALUE CONCLUSIONS

The values are usually obtained from current data base values reflecting the liquidation auction, appraisal for buyout, or bankruptcy auction values, and/or personal knowledge of current value..

## Conditions of Appraisal

The value stated in this Appraisal Report is based on the best judgment of the appraiser given the facts and conditions available at the date of the valuation.

The use of the report is limited to the purpose of determining the value of personal property for Bankruptcy purposes.

Any additional research or testimony required by the client or the court will be billed at the current rates.

## Certification of Report

Neither Bradley Clark nor any of its employees have any present or future interest in the subject property. No prohibited fee was assessed for this report.

Bradley Clark has successfully completed the requirements to be a licensed Auctioneer for the State of Florida, has been a licensed Auctioneer liquidating Family Estate Sales, Antique sales, Farm Equipment, Construction Equipment, etc and is a member in good standing. Mr. Clark has many years experience.liquidating family estates in addition to selling Antique's, Farm equipment, Construction equipment, etc., with his Auction Services and as an apprentice for his Grandfather, John Standley, aka John Standley Auction Services, Greenwood , FL. This report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

Bradley Clark has personally examined the subject property. The statements of fact contained in this report are true and correct to the best knowledge and belief of the appraiser.

_Bradley Clark_
Bradley Clark
By: Bradley Clark, rep.
Clark's Auction, AU # 32296

5

# Purpose of the Report

The purpose of this report is to determine the value for Bankruptcy purposes for William E. Gable Jr., Marianna, Florida.

# Method of Valuation

The method of valuation used for this appraisal is the Fair Market Value.

# Definition of Value

## Fair Market Value

Under the United States Treasury regulation 1.170-1c Fair Market value is defined as:

The price at which the property would change hands between a willing buyer and a willing seller, neither being under compulsion to buy or compulsion to sell and both having reasonable knowledge.

# Basis of Appraisal

## Valuation Date

The date of valuation for determining the value estimation is March 12, 2016.

## Date Appraisal Conducted

This appraisal was conducted on March 12, 2016.

## Limitations of Property

There were no limitations on use or disposition of this property.

## Description

An itemized list with descriptions is in Appendix A.

Bradley Clark, Appraiser
Clark's Auction
2987 Hwy 69
Grand Ridge, Florida 32442
(850) 718-6510

### Continued Education

Certified FL.Auctioneer with Current License, AU-4628
Experience selling Family Estates, in addition to selling farm equipment, Construction equipment, antique sells, etc. with his Auction Services for many years.

### Professional Background

Became a Licensed Auctioneer in 2012

Has five years experience selling Family Estates, Antique Sells, Construction Equipment, Farm Equipment, etc. since 2011.

Ring Master at Midway Machinery

Auctioneer for N. FL. Auction Company, Springfield, Florida

Prior to becoming a licenses Auctioneer, worked many years as an apprentice for Grand Father, John Standley, aka John Standley Auction Company, Greenwood, FL. handling many auction sales for Family Estate Sales, Antique Sells, Farm Equipment, Constructing Equipment Sales, etc.

### Professional Membership

Certified FL. Auctioneer with Current License

### Awards

### Hobbies

Collector of antiques and collectibles for several years.
Attending estate sales, antiques auctions, antiques sells, and shops

# Appendix A

Fair Market Value

Assortment of scrap iron and used Farm Equipment located in various places on the farm that is an accumulation from the farming operations by Mr. Gable, his Father, and his Great Grandfather over a number of years starting in 1895.

The appraised value if said scrap iron and used Farm Equipment not previously appraised by another Appraisal Firm has a current

**Total Fair Market Value of   $6,730.00**

_____
BRADLEY CLARK

Equipment that belongs to Bill Gable

| # | Value | Location | Memo | Memo | | |
|---|---|---|---|---|---|---|
| 1 | ? | ? | gift from God | priceless little angle | | |
| 2 | 50.00 | Gable Farm | assortment of scrape | 1970 ? Trailer | | |
| 3 | 20.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | |
| 4 | 20.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | |
| 5 | 100.00 | Gable Farm | assortment of scrape | Chevy Truck not running | | |
| 6 | 110.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | pipe |
| 7 | 75.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | grain box |
| 8 | 25.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | tank |
| 9 | 20.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | truck frame, etc |
| 10 | 10.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | elevator etc |
| 11 | 20.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | fert. Box |
| 12 | 10.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | scrape |
| 13 | 15.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | |
| 14 | 175.00 | Gable Farm | assortment of scrape | pick up truck scrape Chevy | | |
| 15 | 15.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | sprayer tank |
| 16 | 10.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | 2 small concrete culverts |
| 17 | 30.00 | Gable Farm | assortment of scrape | Hay baler for scrape | | |
| 18 | 50.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | under barn |
| 19 | 0.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | |
| 20 | 200.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | old truck & scrape |
| 21 | 25.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | |
| 22 | 10.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | |
| 23 | 125.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | roller |
| 24 | 20.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | Issuzu |
| 25 | 0.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | |
| 26 | 30.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | |
| 27 | 25.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | |
| 28 | 75.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | gravity flow box |
| 29 | 25.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | blade |
| 30 | 500.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | red unit trailer |
| 30 | 75.00 | Gable Farm | assortment of scrape | assortment of scrape iron | | grain trable red |

Appendix A

p1 of 4

| | | | | |
|---|---|---|---|---|
| 32 | 50.00 | Gable Farm | assortment of scrape iron | fuel tank |
| 33 | 100.00 | Gable Farm | assortment of scrape iron | mf224 |
| 34 | 100.00 | Gable Farm | assortment of scrape iron | ih 715 |
| 36 | 15.00 | Gable Farm | assortment of scrape iron | |
| 35 | 50.00 | Gable Farm | assortment of scrape iron | truck frame |
| 36 | 5.00 | Gable Farm | assortment of scrape, rake | |
| 37 | 5.00 | Gable Farm | assortment of scrapesee 5340152 | |
| 38 | 15.00 | Gable Farm | assortment of scrape iron | |
| 39 | 10.00 | Gable Farm | assortment of scrape iron | |
| 40 | 5.00 | Gable Farm | assortment of scrape iron | |
| 41 | 5.00 | Gable Farm | assortment of scrape iron | |
| 42 | 20.00 | Gable Farm | assortment of scrape iron | |
| 43 | 50.00 | Gable Farm | assortment of scrape iron | kmc |
| 44 | 50.00 | Gable Farm | assortment of scrape iron | heston |
| 45 | 50.00 | Gable Farm | assortment of scrape iron | |
| 46 | 20.00 | Gable Farm | assortment of scrape iron | |
| 47 | 10.00 | Gable Farm | assortment of scrape iron | |
| 48 | 100.00 | Gable Farm | assortment of scrape iron | |
| 49 | 20.00 | Gable Farm | assortment of scrape Combine scrape | fert. Appl |
| 50 | 15.00 | Gable Farm | assortment of scrape iron | |
| 51 | 20.00 | Gable Farm | assortment of scrape iron | |
| 52 | 2.50 | Gable Farm | assortment of scrape iron | |
| 53 | 5.00 | Gable Farm | assortment of scrape iron | |
| 54 | 10.00 | Gable Farm | assortment of scrape iron | |
| 55 | 10.00 | Gable Farm | assortment of scrape iron | |
| 56 | 15.00 | Gable Farm | assortment of scrape iron | |
| 57 | 10.00 | Gable Farm | assortment of scrape iron | |
| 58 | 5.00 | Gable Farm | assortment of scrape iron | |
| 59 | 25.00 | Gable Farm | assortment of scrape iron | |
| 60 | 10.00 | Gable Farm | assortment of scrape iron | |
| 61 | 2.50 | Gable Farm | assortment of scrape iron | |
| 62 | 25.00 | Gable Farm | assortment of scrape iron | chevy |
| 63 | 20.00 | Gable Farm | assortment of scrape iron | |
| 64 | 50.00 | Gable Farm | assortment of scrape iron | |

APPENDIX A p 2 — 4 4

| # | Amount | Owner | Description | Notes |
|---|---|---|---|---|
| 65 | 5.00 | Gable Farm | assortment of scrape iron | |
| 66 | 50.00 | Gable Farm | assortment of scrape iron | |
| 67 | 2.50 | Gable Farm | assortment of scrape iron | |
| 68 | 20.00 | Gable Farm | assortment of scrape iron | |
| 69 | 5.00 | Gable Farm | assortment of scrape iron | |
| 70 | 20.00 | Gable Farm | assortment of scrape iron | |
| 71 | 2.50 | Gable Farm | assortment of scrape iron | |
| 72 | 175.00 | Gable Farm | assortment of scrape iron | |
| 73 | 10.00 | Gable Farm | assortment of scrape iron | |
| 74 | 85.00 | Gable Farm | assortment of scrape iron | |
| 75 | 25.00 | Gable Farm | assortment of scrape iron | |
| 76 | 75.00 | Gable Farm | assortment of scrape iron | |
| 77 | 500.00 | Gable Farm | assortment of scrape iron | old cars |
| 78 | 275.00 | Gable Farm | assortment of scrape iron | |
| 79 | 10.00 | Gable Farm | assortment of scrape iron | rake |
| 80 | 20.00 | Gable Farm | assortment of scrape iron | storage trailer |
| 81 | 5.00 | Gable Farm | assortment of scrape iron | chevy |
| 82 | 5.00 | Gable Farm | assortment of scrape iron | |
| 83 | 5.00 | Gable Farm | assortment of scrape iron | |
| 84 | 25.00 | Gable Farm | assortment of scrape iron | old peanut combine |
| 85 | 350.00 | Gable Farm | assortment of scrape iron | BWing mower |
| 86 | 50.00 | Gable Farm | assortment of scrape iron | peanut combine |
| 87 | 100.00 | Gable Farm | assortment of scrape iron | used tin, wrecked trailer, broken panels |
| 88 | 400.00 | Gable Farm | salvage Tractor 2705 | |
| 89 | 20.00 | Gable Farm | assortment of scrape iron | |
| 90 | 200.00 | Gable Farm | assortment of scrape iron | |
| 91 | 425.00 | Gable Farm | salvage tractor 275 | |
| 92 | 500.00 | Gable Farm | assortment of scrape iron | |
| 93 | 50.00 | Gable Farm | salvabe trailer small red. | two trailers with scrap |
| 94 | 50.00 | Gable Farm | salvage car blue | |
| 95 | 75.00 | Gable Farm | assortment of scrape iron | chicel plow |
| 96 | 100.00 | Gable Farm | assortment of scrape iron | hay cutter |
| 97 | 30.00 | Gable Farm | assortment of scrape iron | hay cutter |
| 98 | 200.00 | Gable Farm | JD mower | Caver tract |

APPENDIX A  p 3 of 4

| | | | |
|---|---|---|---|
| 99 | 50.00 | Gable Farm | assortment of scrape trailer salvage |
| 100 | 25.00 | Gable Farm | assortment of scrape trailer salvage Doughit R |
| 101 | 15.00 | Gable Farm | assortment of scrape pull trailer salvage |
| 102 | 6,730.00 | Gable Farm | assortment of scrape iron |

A of bwosy A

pd 4 of 4