UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE: WILLIAM E. GABLE, JR,                    CASE NO.: 16-50032
AKA BILL GABLE, AKA W.E. GABLE                  CHAPTER 12
DBA GABLE FARMS

      Debtor.
_____\

## NOTICE OF FILING SCHEDULES

NOW COMES the Debtor, WILLIAM E. GABLE, JR, by and through his undersigned

attorney and submits the following schedules:    A, B, C, D, E, F and H.

DATED this ⟋⟋ day of APRIL, 2016.

/s/ Charles M. Wynn
CHARLES M. WYNN, ESQ.
CHARLES M. WYNN LAW OFFICES, PA
P. O. Box 146
Marianna, FL 32447-0146
(850)526-3520
Court@wynnlaw-fl.com
FL Bar #0241695
Attorney for Debtors

| | | | |
|---|---|---|---|
| Debtor 1 | **William E Gable, Jr** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA | | |
| Case number | **16-50032** | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  /s/ William E Gable, Jr                                    X  *William E. Gable Jr*
   **William E Gable, Jr**
   Signature of Debtor 1

   Date   April  5, 2016                                       Date _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | William E Gable, Jr | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF FLORIDA

Case number   16-50032

☐ Check if this is an
amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

**1.1**

6511 Bradley Road
Street address, if available, or other description

City        State      ZIP Code

Jackson
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $185,033.00 | $185,033.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Remainder Interest

☐ Check if this is community property
(see instructions)

Parcel # 32-3N-08-0000-0050-0000 - This property was deeded to William Ervin Gable, Jr on 12/29/2003, by his mother Faye Hutchinson Gable who retained a life estate interest OR 0957 PG 0974 -value from the Jackson County Property Appraiser's website; The Debtor is residing on this property as his homestead. Also includes 20 acres in the w 1/2 of the SW 1/4 of the SE 1/4 Section 32, Township 3 North, Range 8 West titled in the Debtor's name and is contiguous to the 140 acres.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **William E Gable, Jr**      Case number *(if known)*   **16-50032**

**If you own or have more than one, list here:**

**1.2**

**Bradley Road**
_____
Street address, if available, or other description

_____

_____

_____
City     State     ZIP Code

**Jackson**
_____
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$97,630.00** | **$97,630.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**117.63 acres - Parcel #32-3N-08-0000-0020-0010; Value from Jackson County Property Appraiser's Website OR 324 PG 798 in his name only**

---

**If you own or have more than one, list here:**

**1.3**

**Reno Road**
_____
Street address, if available, or other description

_____

_____

_____
City     State     ZIP Code

**Jackson**
_____
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$55,000.00** | **$55,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Parcel #32-3N-08-000-0040-0000. Value from Jackson County Property Appraiser's website is 144,000. However this value is from before the timber was cut in 2013. This is 51 acres that the debtor values at 55,000 since the timber was cut**
**OR 828 PG 395 in his name only**

---

Debtor 1    **William E Gable, Jr**                          Case number *(if known)*   **16-50032**

**If you own or have more than one, list here:**

| | |
|---|---|
| 1.4 | |

**Braswell Road**
Street address, if available, or other description

City                State        ZIP Code

**Jackson**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Parcel# 29-3N-08-0000-0100-0000. Value from the Jackson County Property Appraiser's Website. OR 260 PG 276 in his name only**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $59,500.00 | $59,500.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**fee simple**

☐ Check if this is community property (see instructions)

---

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................................=> | **$397,163.00** |

**Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

- ☐ No
- ■ Yes

| 3.1 | Make: | **Dodge** |
|---|---|---|
| | Model: | |
| | Year: | **1999** |
| | Approximate mileage: | |
| | Other information: | |

**VIN # 1B7MF3360XJ534313 - this vehicle was not running/poarts truck and was traded for hay with Trent CHilds on 1/4/2014**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $125.00 | $125.00 |

| 3.2 | Make: | **Chevrolet** |
|---|---|---|
| | Model: | **Suburban** |
| | Year: | **2007** |
| | Approximate mileage: | **196743** |
| | Other information: | |

**Vin# 3GNFK16397G17323 - value from Mallory Appraisals**

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,201.00 | $2,201.00 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor 1    **William E Gable, Jr**                                            Case number *(if known)*    16-50032

| | | | |
|---|---|---|---|
| 3.3 | Make: **Dodge** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **3500** | ■ Debtor 1 only | |
| | Year: **2007** | ☐ Debtor 2 only | |
| | Approximate mileage: **176336** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | **Vin# 3D7MX48C37G738065 - value from Mallory Appraisals** | ☐ Check if this is community property *(see instructions)* | $5,590.00    $5,590.00 |

| | | | |
|---|---|---|---|
| 3.4 | Make: **Lincoln** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | ■ Debtor 1 only | |
| | Year: **2001** | ☐ Debtor 2 only | |
| | Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | **VIN# 1LNHM81W91Y709162 - not running - Debtor had previously given this vehicle to his mother , just never transferred title, value from Debtor** | ☐ Check if this is community property *(see instructions)* | $125.00    $125.00 |

| | | | |
|---|---|---|---|
| 3.5 | Make: **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **Expedition** | ■ Debtor 1 only | |
| | Year: **2004** | ☐ Debtor 2 only | |
| | Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | **2004 Ford Expedition -debtor traded this vehicle - not running, for parts to Trent Childs for Hay on 1/4/14 value from debtor,  still titled in debtor's name** | ☐ Check if this is community property *(see instructions)* | $125.00    $125.00 |

| | | | |
|---|---|---|---|
| 3.6 | Make: **Dodge** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **Ram** | ■ Debtor 1 only | |
| | Year: **1988** | ☐ Debtor 2 only | |
| | Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | **poor condition- appraised by Mallory Appraisals** | ☐ Check if this is community property *(see instructions)* | $125.00    $125.00 |

| | | | |
|---|---|---|---|
| 3.7 | Make: **Chevy** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **Pickup** | ■ Debtor 1 only | |
| | Year: **1986** | ☐ Debtor 2 only | |
| | Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | **parts only - appraised by Mallory Appraisal** | ☐ Check if this is community property *(see instructions)* | $125.00    $125.00 |

Debtor 1    William E Gable, Jr    Case number (if known) 16-50032

| 3.8 | Make: | GMC | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.8 Make: **GMC**
Model: **truck**
Year: **1993**
Approximate mileage: _____
Other information:
**salvage - appraised by Mallory Appraisals**

Who has an interest in the property? Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$125.00**
Current value of the portion you own? **$125.00**

---

3.9 Make: **Chevrolet**
Model: **Car**
Year: **1989**
Approximate mileage: _____
Other information:
**salvage - appraised by Mallory Appraisals**

Who has an interest in the property? Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$125.00**
Current value of the portion you own? **$125.00**

---

3.10 Make: **Chevrolet**
Model: **Truck**
Year: **1977**
Approximate mileage: _____
Other information:
**salvage - appraised by Mallory Appraisals**

Who has an interest in the property? Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$125.00**
Current value of the portion you own? **$125.00**

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

4.1 Make: **Honda**
Model: **350 ATV**
Year: **2002**
Other information:
**does not work, appraised by Mallory Appraisals**

Who has an interest in the property? Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$375.00**
Current value of the portion you own? **$375.00**

---

4.2 Make: **Honda**
Model: **Foreman 400 ES ATV**
Year: **2006**
Other information:
**has been wrecked; appraised by Mallory Appraisals**

Who has an interest in the property? Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$425.00**
Current value of the portion you own? **$425.00**

---

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................=>    **$9,591.00**

**Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured

Official Form 106A/B    Schedule A/B: Property    page 5

Debtor 1    **William E Gable, Jr**                                  Case number *(if known)*  __16-50032__

claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.....

   | Asst hand tools - 50; mechanics tools - 250; value from debtors | $300.00 |
   |---|---|

   | Men's clothing - 100; value from debtor | $100.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.....

   | computer and scanner - 100; value from debtor | $100.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments
   ☐ No
   ☑ Yes. Describe.....

   | Fishing equipment - 30;  values from debtor | $30.00 |
   |---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☑ Yes. Describe.....

    | All of these items were appraised by Mallory Appraisals - (the actual appraisal will be filed with the Court): Remington 3006 - 150; Browning 12 gauge shotgun - 200 | $350.00 |
    |---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☑ No
    ☐ Yes. Describe.....

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☑ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information.....

Official Form 106A/B                     Schedule A/B: Property                                      page 6

| Debtor 1 | William E Gable, Jr | | Case number *(if known)* | 16-50032 |
|---|---|---|---|---|

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..........................................................................................

| $880.00 |
|---|

**Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.................................................................................................

|  | Cash on hand $4000 | $4,000.00 |
|---|---|---|

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................

|  |  | Institution name: |  |
|---|---|---|---|
| 17.1. | Checking | First Federal Bank of Florida checking account title "William Gable" ending in 5274 - balance as of 1/15/16 is 255.66 | $255.66 |
| 17.2. | Checking | First Federal Bank of Florida checking account titled "Gable Enterprises LLC" ending in 5076 balance as of 1/29/16 $1713.66 | $1,733.16 |
| 17.3. | Checking | Regions Bank checking accoung titled "Gable Enterprises LLC" ending in 7928 balance as of 1/29/16 $92.16 | $92.16 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................        Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them.................
                Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
                Type of account:          Institution name:

Debtor 1    William E Gable, Jr                                    Case number (if known)  16-50032

| | |
|---|---|
| Merrill Edge Retirement Account Titled MLPF & S CUST FPO, GABLE ENTERPRISES SEP FBO WILLIAM E. GABLE, JR account ending in 1M68 ending balance as of 12/31/15 $20,170.16 | $20,170.16 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................                     Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes..............     Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes..............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                    Current value of the
                                                                      portion you own?
                                                                      Do not deduct secured
                                                                      claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes.  Give specific information..

| | |
|---|---|
| State of Florida Uniform Commercial Code Financing Statement Form  held by Gable Enterprises, LLC against Childs Farm Inc (Robert Allen Childs) OR 1440 Page 0774 - AG LIEN - 11/17/2014; lien was filed on 2013 crops. | Unknown |

Official Form 106A/B                          Schedule A/B: Property                          page 8

Debtor 1    William E Gable, Jr                                    Case number *(if known)*  16-50032

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.
      Company name:                          Beneficiary:                    Surrender or refund
                                                                             value:

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes. Give specific information.:

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☐ No
   ■ Yes. Describe each claim.........

> In the Debtor's divorce proceeding, the Circuit Court determined that the Debtor had an account receivable from Alan Childs in the amount of $680,289.00 and $6500 from Robert Alford (paid in the Spring of $2014) and $13,054 from J & J Produce (paid by settlement in the Spring of 2015). The Debtor has consistently disputed the finding of the Court and disagrees with the amounts. The funds cannot be collected unless Alan Childs remains in business with the Debtor as a joint venture.
>
> Both Alan Childs and the Debtor testified the amount owed was undetermined at the time of the final hearing in the divorce case.

                                                                                    Unknown

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
   ■ No
   ☐ Yes. Give specific information..

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
   for Part 4. Write that number here........................................................................................    **$26,251.14**

███ **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes. Go to line 38.

███ **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
      If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ☐ No. Go to Part 7.
   ■ Yes. Go to line 47.

                                                                    Current value of the
                                                                    portion you own?
                                                                    Do not deduct secured
                                                                    claims or exemptions.

Official Form 106A/B                          Schedule A/B: Property                              page 9

Debtor 1    **William E Gable, Jr**                                    Case number *(if known)*  16-50032

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    ☐ No
    ■ Yes................

| | |
|---|---|
| Miscellaneous Black Angus, small to medium stature cattle - total of 82 head - appraised by Mallory Appraisals | $68,425.00 |

48. **Crops—either growing or harvested**
    ■ No
    ☐ Yes. Give specific information.....

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☐ No
    ■ Yes................

| | |
|---|---|
| Hay Rake - 100; Fence Post - 400;  1985 Peanut Wagons-600; 1980 Track Hoe - 300 - values from debtor | $1,400.00 |

| | |
|---|---|
| All of these items were appraised by Mallory Appraisals - (the actual appraisal will be filed with the Court): 2006 John Deere 7520 Tractor with cab - 19,000; Gehl Mix-All Feed Mill - 350; 2000 Rolls Rite trailer - 750; Mics Items (hand tools, jcak, ladder) - 32; Misc items (DeWalt air compressor,post,hand tools) - 42; Ellis & Son trailer - 150; 1986 Case Backhoe - 3750; TWL trailer - 350; Lincoln Electric AC 225 Arc Welder - 35; Vicon Hay Tedder 400 - 600; Cow panels - 24; John Deere 8400 - 21,000; 2012 John Deere 468 Hay Bailer - 6000 | $52,083.00 |

| | |
|---|---|
| All of these items were appraised by Mallory Appraisals - (the actual appraisal will be filed with the Court): 1980s International Case 1440 Combine - 2000; 70s-80s Watermelon Belt - 350; Hyster 50 Forklift - 250; Rough Deck Platform Scale - 500; Cotton Wagon - 750; LMC Herbicide Applicator - 350; Hay Cutter - 100; 1990-95 New Holland Tub Grinder - 500; 1996 Paul Cow Scale -350; 2005 Vermere 605 Hay Bailer - 3000; John Deere 2955 Tractor - 4000; John Deere Grain Drill - 5500; 1990s Horse trailer - 1000 | $18,650.00 |

| | |
|---|---|
| assortmentof scrap iron and used Farm Equipment located in various places o the farm that is an accumulation fromthe farming operatins by Mr. Gable, his father and his great granfather over a number of years starting in 1985.  Appraised by Bradley Clark of Clark's Auction - $6,730.00 | $6,730.00 |

50. **Farm and fishing supplies, chemicals, and feed**
    ■ No
    ☐ Yes................

51. **Any farm- and commercial fishing-related property you did not already list**
    ■ No
    ☐ Yes. Give specific information.....

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...................................................................................

| |
|---|
| $147,288.00 |

Debtor 1   **William E Gable, Jr**                                      Case number *(if known)*   **16-50032**

▮▮▮▮ **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ...................................... | **$0.00**

▮▮▮▮ **List the Totals of Each Part of this Form**

| | |
|---|---:|
| 55. **Part 1: Total real estate, line 2** ................................................................................. | **$397,163.00** |
| 56. **Part 2: Total vehicles, line 5** | **$9,591.00** |
| 57. **Part 3: Total personal and household items, line 15** | **$880.00** |
| 58. **Part 4: Total financial assets, line 36** | **$26,251.14** |
| 59. **Part 5: Total business-related property, line 45** | **$0.00** |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | **$147,288.00** |
| 61. **Part 7: Total other property not listed, line 54** + | **$0.00** |

62. **Total personal property. Add lines 56 through 61...**   **$184,010.14**      Copy personal property total      **$184,010.14**

63. **Total of all property on Schedule A/B. Add line 55 + line 62**          **$581,173.14**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | William E Gable, Jr | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA | | |
| Case number | 16-50032 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| 6511 Bradley Road  Jackson County Parcel # 32-3N-08-0000-0050-0000 - This property was deeded to William Ervin Gable, Jr on 12/29/2003, by his mother Faye Hutchinson Gable who retained a life estate interest  OR 0957 PG 0974 -value from the Jackson County Line from *Schedule A/B*: **1.1** | $185,033.00 | ■ | $185,033.00 | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 2007 Chevrolet Suburban 196743 miles Vin# 3GNFK16397G17323 - value from Mallory Appraisals Line from *Schedule A/B*: **3.2** | $2,201.00 | ■ | $1,000.00 | Fla. Stat. Ann. § 222.25(1) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 2007 Dodge 3500 176336 miles Vin# 3D7MX48C37G738065 - value from Mallory Appraisals Line from *Schedule A/B*: **3.3** | $5,590.00 | ■ | $0.00 | Fla. Stat. Ann. § 222.25(1) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 2002 Honda 350 ATV does not work, appraised by Mallory Appraisals Line from *Schedule A/B*: **4.1** | $375.00 | ■ | $375.00 | Fla. Stat. Ann. § 222.25(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    William E Gable, Jr

Case number (if known)    16-50032

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| 2006 Honda Foreman 400 ES ATV has been wrecked; appraised by Mallory Appraisals<br>Line from *Schedule A/B*: **4.2** | $425.00 | ■ | $425.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Asst hand tools - 50; mechanics tools - 250; value from debtors<br>Line from *Schedule A/B*: **6.1** | $300.00 | ■ | $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Men's clothing - 100; value from debtor<br>Line from *Schedule A/B*: **6.2** | $100.00 | ■ | $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| computer and scanner - 100; value from debtor<br>Line from *Schedule A/B*: **7.1** | $100.00 | ■ | $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Fishing equipment - 30;  values from debtor<br>Line from *Schedule A/B*: **9.1** | $30.00 | ■ | $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| All of these items were appraised by Mallory Appraisals - (the actual appraisal will be filed with the Court): Remington 3006 - 150; Browning 12 gauge shotgun - 200<br>Line from *Schedule A/B*: **10.1** | $350.00 | ■ | $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Cash on hand $4000<br>Line from *Schedule A/B*: **16.1** | $4,000.00 | ■ | $2,320.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Merrill Edge Retirement Account Titled MLPF & S CUST FPO, GABLE ENTERPRISES SEP FBO WILLIAM E. GABLE, JR account ending in 1M68 ending balance as of 12/31/15 $20,170.16<br>Line from *Schedule A/B*: **21.1** | $20,170.16 | ■ | $20,170.16<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.21(2) |

3.  Are you claiming a homestead exemption of more than $155,675?
    (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☐  No
    ■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ■  No
        ☐  Yes

| Debtor 1 | William E Gable, Jr | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA | | |
| Case number 16-50032 (if known) | | | ☐ Check if this is an amended filing |

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### ■ List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** Carolyn Joan Keller<br>Creditor's Name<br><br><br><br><br>fka Carolyn Keller Gable<br>810 Braswell Road<br>Grand Ridge, FL 32442<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**6511 Bradley Road  Jackson County Parcel # 32-3N-08-0000-0050-0000 - This property was deeded to William Ervin Gable, Jr on 12/29/2003, by his mother Faye Hutchinson Gable who retained a life estate interest  OR 0957 PG 0974 -value from th**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $286,153.00 | $185,033.00 | $101,120.00 |

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **09/22/15**          Last 4 digits of account number _____

| **2.2** Carolyn Joan Keller<br>Creditor's Name<br><br><br><br>fka Carolyn Keller Gable<br>810 Braswell Road<br>Grand Ridge, FL 32442<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**Bradley Road  Jackson County 117.63 acres - Parcel #32-3N-08-0000-0020-0010; Value from Jackson County Property Appraiser's Website OR 324 PG 798 in his name only**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $0.00 | $97,630.00 | $0.00 |

**Who owes the debt?** Check one.          **Nature of lien.** Check all that apply.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **William E Gable, Jr**

Case number (if know)  **16-50032**

<br>First Name <br>Middle Name <br>Last Name

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.3 | Carolyn Joan Keller | | $0.00 | $55,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

> Reno Road  Jackson County Parcel #32-3N-08-000-0040-0000. Value from Jackson County Property Appraiser's website is 144,000.  However this value is from before the timber was cut in 2013. This is 51 acres that the debtor values at 55,000 s

fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.4 | Carolyn Joan Keller | | $0.00 | $59,500.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

> Braswell Road  Jackson County Parcel# 29-3N-08-0000-0100-0000. Value from the Jackson County Property Appraiser's Website. OR 260 PG 276 in his name only

fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.5 | Carolyn Joan Keller | | $0.00 | $125.00 | $0.00 |

**Describe the property that secures the claim:**

---

Official Form 106D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 2 of 13

Best Case Bankruptcy

Debtor 1   William E Gable, Jr
_____
First Name       Middle Name        Last Name

Case number (if know)    16-50032

---

Creditor's Name

fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442
Number, Street, City, State & Zip Code

1999 Dodge
VIN # 1B7MF3360XJ534313 - this
vehicle was not running/poarts
truck and was traded for hay with
Trent CHilds on 1/4/2014

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

Last 4 digits of account number _____

---

| 2.6 | Carolyn Joan Keller | | $0.00 | $2,201.00 | $0.00 |

Creditor's Name

fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

2007 Chevrolet Suburban 196743
miles
Vin# 3GNFK16397G17323 - value
from Mallory Appraisals

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

Last 4 digits of account number _____

---

| 2.7 | Carolyn Joan Keller | | $0.00 | $5,590.00 | $0.00 |

Creditor's Name

fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

2007 Dodge 3500 176336 miles
Vin# 3D7MX48C37G738065 - value
from Mallory Appraisals

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

Last 4 digits of account number _____

---

Official Form 106D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 3 of 13

Debtor 1   William E Gable, Jr
           First Name          Middle Name          Last Name

Case number (if known)    16-50032

| 2.8 | Carolyn Joan Keller | Describe the property that secures the claim: | $0.00 | $125.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

> 2001 Lincoln
> VIN# 1LNHM81W91Y709162 - not
> running - Debtor had previously
> given this vehicle to his mother ,
> just never transferred title, value
> from Debtor

fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number _____

---

| 2.9 | Carolyn Joan Keller | Describe the property that secures the claim: | $0.00 | $125.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

> 2004 Ford Expedition
> 2004 Ford Expedition -debtor traded
> this vehicle - not running, for parts
> to Trent Childs for Hay on 1/4/14
> value from debtor,  still titled in
> debtor's name

fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number _____

---

| 2.10 | Carolyn Joan Keller | Describe the property that secures the claim: | $0.00 | $125.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

> 1988 Dodge Ram
> poor condition- appraised by
> Mallory Appraisals

fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit

---

Official Form 106D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 4 of 13

Debtor 1  **William E Gable, Jr**
First Name          Middle Name          Last Name

Case number (if know)  **16-50032**

☐ Check if this claim relates to a
community debt

☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number _____

---

| 2.1 1 | **Carolyn Joan Keller** | | | $0.00 | $125.00 | $0.00 |

**2.1 1**

**Carolyn Joan Keller**
Creditor's Name

**fka Carolyn Keller Gable**
**810 Braswell Road**
**Grand Ridge, FL 32442**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**1986 Chevy Pickup**
**parts only - appraised by Mallory**
**Appraisal**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____  Last 4 digits of account number _____

---

**2.1 2**

**Carolyn Joan Keller**
Creditor's Name

$0.00    $125.00    $0.00

**fka Carolyn Keller Gable**
**810 Braswell Road**
**Grand Ridge, FL 32442**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**1993 GMC truck**
**salvage - appraised by Mallory**
**Appraisals**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____  Last 4 digits of account number _____

---

**2.1 3**

**Carolyn Joan Keller**
Creditor's Name

$0.00    $125.00    $0.00

**fka Carolyn Keller Gable**
**810 Braswell Road**
**Grand Ridge, FL 32442**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**1989 Chevrolet Car**
**salvage - appraised by Mallory**
**Appraisals**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)

---

Official Form 106D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property      page 5 of 13

Debtor 1  **William E Gable, Jr**
   First Name   Middle Name   Last Name

Case number (if known)  **16-50032**

☐ At least one of the debtors and another    ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a   ☐ Other (including a right to offset)
   community debt

Date debt was incurred _____  Last 4 digits of account number _____

| | | | | |
|---|---|---|---|---|

**2.1 4**  **Carolyn Joan Keller**
Creditor's Name

fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442
Number, Street, City, State & Zip Code

Describe the property that secures the claim:  **$0.00**  **$125.00**  **$0.00**

**1977 Chevrolet Truck salvage - appraised by Mallory Appraisals**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____  Last 4 digits of account number _____

**2.1 5**  **Carolyn Joan Keller**
Creditor's Name

fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442
Number, Street, City, State & Zip Code

Describe the property that secures the claim:  **$0.00**  **$375.00**  **$0.00**

**2002 Honda 350 ATV does not work, appraised by Mallory Appraisals**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____  Last 4 digits of account number _____

**2.1 6**  **Carolyn Joan Keller**
Creditor's Name

fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442
Number, Street, City, State & Zip Code

Describe the property that secures the claim:  **$0.00**  **$425.00**  **$0.00**

**2006 Honda Foreman 400 ES ATV has been wrecked; appraised by Mallory Appraisals**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **William E Gable, Jr**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (if know)  **16-50032**

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
　 community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.1 7 | Carolyn Joan Keller | | $0.00 | $300.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**Asst hand tools - 50; mechanics tools - 250; value from debtors**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
　 community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
　 car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.1 8 | Carolyn Joan Keller | | $0.00 | $100.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**Men's clothing - 100; value from debtor**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
　 community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
　 car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.1 9 | Carolyn Joan Keller | | $0.00 | $100.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**computer and scanner - 100; value from debtor**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
　 car loan)

---

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1  **William E Gable, Jr**
First Name        Middle Name              Last Name

Case number (if know)    **16-50032**

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.2 0 | **Carolyn Joan Keller** | | $0.00 | $30.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | | | |

**Fishing equipment - 30; values from debtor**

fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.2 1 | **Carolyn Joan Keller** | | $0.00 | $350.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | | | |

**All of these items were appraised by Mallory Appraisals - (the actual appraisal will be filed with the Court):**
**Remington 3006 - 150; Browning 12 gauge shotgun - 200**

fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.2 2 | **Carolyn Joan Keller** | | $0.00 | $4,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | | | |

**Cash on hand $4000**

fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

---

Official Form 106D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 8 of 13

Debtor 1  **William E Gable, Jr**

First Name          Middle Name          Last Name

Case number (if know)  **16-50032**

☐ Debtor 1 only      ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only    ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt    ■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____  Last 4 digits of account number _____

---

| 2.2 3 | **Carolyn Joan Keller** | | $0.00 | $255.66 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**Checking: First Federal Bank of
Florida checking account title
"William Gable" ending in 5274 -
balance as of 1/15/16 is 255.66**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____  Last 4 digits of account number _____

---

| 2.2 4 | **Carolyn Joan Keller** | | $0.00 | $1,733.16 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**Checking: First Federal Bank of
Florida checking account titled
"Gable Enterprises LLC" ending in
5076 balance as of 1/29/16  $1713.66**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____  Last 4 digits of account number _____

---

| 2.2 5 | **Carolyn Joan Keller** | | $0.00 | $92.16 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442**

Describe the property that secures the claim:

**Checking: Regions Bank checking
accoung titled "Gable Enterprises
LLC" ending in 7928 balance as of
1/29/16 $92.16**

As of the date you file, the claim is: Check all that apply.
☐ Contingent

Official Form 106D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property      page 9 of 13

Debtor 1   **William E Gable, Jr**
     First Name     Middle Name     Last Name

Case number (if know)   **16-50032**

---

Number, Street, City, State & Zip Code

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.2 6 | **Carolyn Joan Keller** | | $0.00 | $20,170.16 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> Merrill Edge Retirement Account Titled MLPF & S CUST FPO, GABLE ENTERPRISES SEP FBO WILLIAM E. GABLE, JR account ending in 1M68 ending balance as of 12/31/15 $20,170.16

**fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.2 7 | **Carolyn Joan Keller** | | $0.00 | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> State of Florida Uniform Commercial Code Financing Statement Form held by Gable Enterprises, LLC against Childs Farm Inc (Robert Allen Childs) OR 1440 Page 0774 - AG LIEN - 11/17/2014; lien was filed on 2013 crops.

**fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

---

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1 | William E Gable, Jr | | Case number (if know) | 16-50032 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| | | | | |
|---|---|---|---|---|
| **2.28** | **Carolyn Joan Keller** | Describe the property that secures the claim: | $0.00 | Unknown | Unknown |
| | Creditor's Name | | | | |

Describe the property that secures the claim:

In the Debtor's divorce proceeding, the Circuit Court determined that the Debtor had an account receivable from Alan Childs in the amount of $680,289.00 and $6500 from Robert Alford (paid in the Spring of $2014)  and $13,054 from J & J Prod

fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____    Last 4 digits of account number _____

| | | | | |
|---|---|---|---|---|
| **2.29** | **Carolyn Joan Keller** | Describe the property that secures the claim: | $0.00 | $68,425.00 | $0.00 |
| | Creditor's Name | | | | |

fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

Miscellaneous Black Angus, small to medium stature cattle - total of 82 head - appraised by Mallory Appraisals

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____    Last 4 digits of account number _____

| | | | | |
|---|---|---|---|---|
| **2.30** | **Carolyn Joan Keller** | Describe the property that secures the claim: | $0.00 | $1,400.00 | $0.00 |
| | Creditor's Name | | | | |

fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

Hay Rake - 100; Fence Post - 400; 1985 Peanut Wagons-600; 1980 Track Hoe - 300 - values from debtor

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 11 of 13

Debtor 1   **William E Gable, Jr**
First Name      Middle Name      Last Name

Case number (if know)   **16-50032**

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ____

---

| | | | | | |
|---|---|---|---|---|---|
| **2.3 1** | **Carolyn Joan Keller** | Describe the property that secures the claim: | $0.00 | $52,083.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

All of these items were appraised by Mallory Appraisals - (the actual appraisal will be filed with the Court):
2006 John Deere 7520 Tractor with cab - 19,000; Gehl Mix-All Feed Mill - 350; 2000 Rolls Rite trailer - 750; Mics Items (hand to

fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ____

---

| | | | | | |
|---|---|---|---|---|---|
| **2.3 2** | **Carolyn Joan Keller** | Describe the property that secures the claim: | $0.00 | $18,650.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

All of these items were appraised by Mallory Appraisals - (the actual appraisal will be filed with the Court):
1980s International Case 1440 Combine - 2000; 70s-80s Watermelon Belt - 350; Hyster 50 Forklift - 250; Rough Deck Platform Scale

fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ____

---

| | | | | | |
|---|---|---|---|---|---|
| **2.3 3** | **Farm Service Agency** | Describe the property that secures the claim: | $21,447.04 | $97,630.00 | $0.00 |

Debtor 1   **William E Gable, Jr**

    First Name        Middle Name        Last Name

Case number (if know)   **16-50032**

---

Creditor's Name

**Bradley Road  Jackson County 117.63 acres - Parcel #32-3N-08-0000-0020-0010; Value from Jackson County Property Appraiser's Website OR 324 PG 798 in his name only**

**2741 Penn Ave, Ste 8**
**Marianna, Fl 32448**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
    car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Mortgage**

Date debt was incurred   **1985**

Last 4 digits of account number   **4111**

---

Add the dollar value of your entries in Column A on this page. Write that number here:

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

| |
|---|
| $307,600.04 |
| $307,600.04 |

**List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | William E Gable, Jr | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF FLORIDA

Case number  16-50032
(if known)

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims against you?

■ No. Go to Part 2.

☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3.  Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | | Total claim |
|---|---|---|---|
| 4.1 | Cbna | Last 4 digits of account number  3761 | $169.00 |
| | Nonpriority Creditor's Name | | |

Po Box 6283
Sioux Falls, SD 57117

When was the debt incurred?   Opened  4/01/97  Last Active
1/03/16

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Credit Card - SEARS CARD

Debtor 1   William E Gable, Jr                      Case number (if know)    16-50032

| 4.2 | **CVS Minute Clinic** | Last 4 digits of account number _____ | Unknown |

**CVS Minute Clinic**
Nonpriority Creditor's Name
**4684 Hwy 90**
**Marianna, FL 32446**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred?   **2015**

As of the date you file, the claim is: Check all that apply

Who Incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical care**

---

| 4.3 | **Dermatology Associates** | Last 4 digits of account number  6310 | $715.00 |

**Dermatology Associates**
Nonpriority Creditor's Name
**1900 Harrison Ave**
**Panama City, Fl 32405-4542**
Number Street City State Zip Code

Last 4 digits of account number  **6310**

When was the debt incurred?   **3/24/15**

As of the date you file, the claim is: Check all that apply

Who Incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **outstanding medical bill**

---

| 4.4 | **Gavin Haggard** | Last 4 digits of account number | $16,000.00 |

**Gavin Haggard**
Nonpriority Creditor's Name
**655 County Road 169**
**Higdon, AL 35979**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred?   **2014**

As of the date you file, the claim is: Check all that apply

Who Incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **payment for repair of dam**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  William E Gable, Jr                          Case number (if know)    16-50032

---

| 4.5 | Joseph F. Boyd, Esq | Last 4 digits of account number | $21,000.00 |

Nonpriority Creditor's Name
**Boyd & Durant, PL**
**1407 Piedmont Drive East**
**Tallahassee, FL 32308**

When was the debt incurred?    2015

Number Street City State Zip Code

**As of the date you file, the claim is: Check all that apply**

Who incurred the debt? Check one.

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No

☐ Other. Specify    **Legal Fees for Carolyn Joan Keller fka Carolyn Keller Gable as ordered by the Court**

☐ Yes

---

| 4.6 | Judkins, Simpson & Schulte | Last 4 digits of account number | $12,000.00 |

Nonpriority Creditor's Name
**1102 North Gadsden Street**
**PO Box 10368**
**Tallahassee, FL 32302**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is: Check all that apply**

Who incurred the debt? Check one.

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No

■ Other. Specify    disputed attorney fees for debtor

☐ Yes

---

| 4.7 | MCI | Last 4 digits of account number    9742 | $162.00 |

Nonpriority Creditor's Name
**PO Box 650355**
**Dallas, TX 75265**

When was the debt incurred?    **Opened  8/01/02 Last Active 11/01/14**

Number Street City State Zip Code

**As of the date you file, the claim is: Check all that apply**

Who incurred the debt? Check one.

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No

■ Other. Specify    **Utility Company that was listed on credit report**

☐ Yes

---

Debtor 1   William E Gable, Jr                          Case number (if known)   16-50032

| 4.8 | **Roger Melvin** | Last 4 digits of account number _____ | $69,236.15 |

Nonpriority Creditor's Name

5324 Soul Drive
Panama City, FL 32404

When was the debt incurred?   **2016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a  community debt

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **personal loan**

---

| 4.9 | **SYNCB/Lowes** | Last 4 digits of account number   **0136** | $399.00 |

Nonpriority Creditor's Name

P.O. Box 965005
Orlando, FL 32896

When was the debt incurred?   **Opened  6/01/14  Last Active 9/01/15**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a  community debt

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Charge Account that was listed on credit report**

---

| 4.10 | **Syncb/Walmart Dc** | Last 4 digits of account number   **7278** | $232.00 |

Nonpriority Creditor's Name

Po Box 965024
Orlando, FL 32896

When was the debt incurred?   **Opened 12/14/11  Last Active 1/03/16**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a  community debt

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Credit Card**

---

Debtor 1   William E Gable, Jr                                   Case number (if known)    16-50032

| 4.1 1 | **Verizon** | Last 4 digits of account number _____ | $377.00 |

Nonpriority Creditor's Name
PO Box 4001
Acworth, GA 30101
Number Street City State Zip Code

When was the debt incurred?    _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☑ Disputed

☐ Check if this claim is for a  community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **disputed debt**

---

| 4.1 2 | **West Rock fka Rock Tenn** | Last 4 digits of account number _____ | $22,000.00 |

Nonpriority Creditor's Name
725 Pittman Road
Attn:  Gary Leon
Curtis Bay, MD 21226
Number Street City State Zip Code

When was the debt incurred?    _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Check if this claim is for a  community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **supplies used in debtor's business**

---

### ▉▉▉▉  List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

### ▉▉▉▉  Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|   |   |   | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $              0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $              0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $              0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $              0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $              0.00 |
|   |   |   | | Total Claim |
| Total claims from Part 2 | 6f. | Student loans | 6f. | $              0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $              0.00 |

Debtor 1   William E Gable, Jr                                    Case number (if know)    16-50032

| | | |
|---|---|---|
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $ _____ 0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ _____ 142,290.15 |
| 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. $ _____ 142,290.15 |

| | |
|---|---|
| Debtor 1 | **William E Gable, Jr** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number | 16-50032 |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

**Column 1: Your codebtor**
Name, Number, Street, City, State and ZIP Code

**Column 2: The creditor to whom you owe the debt**
Check all schedules that apply:

| 3.1 | |
|---|---|
| | Name |

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number    Street
City    State    ZIP Code

| 3.2 | |
|---|---|
| | Name |

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number    Street
City    State    ZIP Code

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy