UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE: WILLIAM E. GABLE, JR,                    CASE NO.: 16-50032
AKA BILL GABLE, AKA W.E. GABLE                  CHAPTER 12
DBA GABLE FARMS

     Debtor.
_____\

## NOTICE OF FILING AN AMENDED MATRIX

NOW COMES the Debtor, WILLIAM E. GABLE, JR, by and through his undersigned attorney and submits an Amended Matrix.

DATED this 6th day of APRIL, 2016.

/s/ Charles M. Wynn
CHARLES M. WYNN, ESQ.
CHARLES M. WYNN LAW OFFICES, PA
P. O. Box 146
Marianna, FL 32447-0146
(850)526-3520
Court@wynnlaw-fl.com
FL Bar #0241695
Attorney for Debtors

## United States Bankruptcy Court
### Northern District of Florida

In re: William E Gable, Jr

Debtor(s)

Case No. 16-50032

Chapter 12

# VERIFICATION OF CREDITOR MATRIX - AMENDED - April 2016

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: April 5, 2016

/s/ William E Gable, Jr
William E Gable, Jr
Signature of Debtor

This is the entire matrix including the creditors that are being added to the matrix.

Allen Childs
7202 B Old US Road
Grand Ridge, FL 32442

MCI
PO Box 650355
Dallas, TX 75265

Carolyn Joan Keller
fka Carolyn Keller Gable
810 Braswell Road
Grand Ridge, FL 32442

Roger Melvin
5324 Soul Drive
Panama City, FL 32404

Cbna
Po Box 6283
Sioux Falls, SD 57117

SYNCB/Lowes
P.O. Box 965005
Orlando, FL 32896

CVS Minute Clinic
4684 Hwy 90
Marianna, FL 32446

Syncb/Walmart Dc
Po Box 965024
Orlando, FL 32896

Dermatology Associates
1900 Harrison Ave
Panama City, Fl 32405-4542

Verizon
PO Box 4001
Acworth, GA 30101

Farm Service Agency
2741 Penn Ave, Ste 8
Marianna, Fl 32448

West Rock fka Rock Tenn
725 Pittman Road
Attn: Gary Leon
Curtis Bay, MD 21226

Gavin Haggard
655 County Road 169
Higdon, AL 35979

Joseph F. Boyd, Esq
Boyd & Durant, PL
1407 Piedmont Drive East
Tallahassee, FL 32308

Judkins, Simpson & Schulte
1102 North Gadsden Street
PO Box 10368
Tallahassee, FL 32302

These are the creditors that are being added to the matrix.

Allen Childs
7202 B Old US Road
Grand Ridge, FL 32442


CVS Minute Clinic
4684 Hwy 90
Marianna, FL 32446


Dermatology Associates
1900 Harrison Ave
Panama City, Fl 32405-4542


Gavin Haggard
655 County Road 169
Higdon, AL 35979