UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE: WILLIAM E. GABLE, JR,  CASE NO.: 16-50032
AKA BILL GABLE, AKA W.E. GABLE  CHAPTER 12
DBA GABLE FARMS

    Debtor.
_____\

## NOTICE OF FILING APPRAISAL

NOW COMES the Debtor, WILLIAM E. GABLE, JR, by and through his undersigned attorney and submits the Appraisal conducted by Mallory Appraisers on the assets of William E. Gable, Jr.

DATED this 10th day of APRIL, 2016.

/s/ Charles M. Wynn
CHARLES M. WYNN, ESQ.
CHARLES M. WYNN LAW OFFICES, PA
P. O. Box 146
Marianna, FL 32447-0146
(850)526-3520
Court@wynnlaw-fl.com
FL Bar #0241695
Attorney for Debtors

# Appraisal Report

William B. Gable
6511 Bradley Road
Marianna, Florida 32448

**File #B02_29_2016**

**Prepared by:**
Karen S. Peters, Appraiser
Mallory Appraisals
526 Briggs Lane
Panama City, Florida 32409
(850) 819-5141

**Member:** Certified Appraisers Guild of America

# Table of Contents

| | |
|---|---|
| Title Page | 1 |
| Table of Contents | 2 |
| Summary | 3 |
| Analysis | 4 |
| Conditions of Appraisal | 6 |
| Certification | 6 |
| Purpose of Report | 7 |
| Method of Valuation | 7 |
| Definition of Value | 7 |
| Basis of Appraisal | 7 |
| Description | 7 |
| Appraiser Qualifications | 8 |
| Value Listings | Appendix A |

# Summary

On February 29, 2016, at the request of William B. Gable, I personally inspected the assets of William B. Gable, 6511 Bradley Road, Marianna, Florida.

# Value

### Fair Market Value

The Fair Market Value for the property in total is:
$148,724.00

This is not the appraisal report. The appraisal report must be read in its entirety.

*Karen Peters*, CAGA

# Analysis

## Bankruptcy

### CONFIDENTIALITY

A copy of the values in this document along with my original notes are retained in my file. These records are maintained in the strictest confidence and I will not allow others to have access to these records without your written permission unless I am legally compelled to do so.

### AUTHENTICITY

Items are appraised as to what they appear to be after a brief on-site examination consulting with the owner if necessary. The appraiser makes no claims as to the authenticity of any of the items.

### CONDITION

The condition of these items is used and reflect normal wear and tear. Specific damage is usually noted.

### MARKET TRENDS

Market trends at this time are low reflecting the current economy.

### VALUE CONCLUSIONS

The values are usually obtained from current data base values reflecting the liquidation auction or bankruptcy auction values.

## Conditions of Appraisal

The value stated in this Appraisal Report is based on the best judgment of the appraiser given the facts and conditions available at the date of the valuation.

The use of the report is limited to the purpose of determining the value of personal property for Bankruptcy purposes.

Any additional research or testimony required by the client or the court will be billed at the current rates.

Disclosure of the contents of the report is governed by the Standards and Practices of the Certified Appraisers Guild of America.

## Certification of Report

Neither Karen S. Peters, Mallory Appraisals nor any of its employees have any present or future interest in the subject property. No prohibited fee was assessed for this report.

Karen S. Peters of Mallory Appraisals has successfully completed the personal property appraiser certification program with the Certified Appraisers Guild of America and is a member in good standing. This report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice and with the Standards and Practices of the Certified Appraisers Guild of America which has review authority of this report.

Karen S. Peters has personally examined the subject property. The statements of fact contained in this report are true and correct to the best knowledge and belief of the appraiser.

*Karen Peters, CAGA*

By: Karen S. Peters, C.A.G.A
Mallory Appraisals

# Purpose of the Report

The purpose of this report is to determine the value for Bankruptcy purposes for William B. Gable, Marianna, Florida.

# Method of Valuation

The method of valuation used for this appraisal is the Fair Market Value.

# Definition of Value

## Fair Market Value

Under the United States Treasury regulation 1.170-1c Fair Market value is defined as:

The price at which the property would change hands between a willing buyer and a willing seller, neither being under compulsion to buy or compulsion to sell and both having reasonable knowledge.

# Basis of Appraisal

## Valuation Date

The date of valuation for determining the value estimation is February 29, 2016.

## Date Appraisal Conducted

This appraisal was conducted on February 29, 2016.

## Limitations of Property

There were no limitations on use or disposition of this property.

## Description

An itemized list with descriptions is in Appendix A.

Karen S. Peters, Appraiser
Mallory Appraisals
526 Briggs Lane
Panama City, Florida 32409
(850) 819-5141

### Continued Education

Certificate of Completion - Microsoft Power Point 2000
Broad Evidence Rule Webinar 2014

### Professional Background

Switchboard Operator, Rutherford High School - 1977
Administrative Secretary, Mowat Middle School - 1978-88
Administrative Secretary/Receptionist, CPM - 1988-2012
Apprentice Appraiser Training - 2012
Associate Appraiser, Mallory Appraisals - 2012
Certified Appraisals Guild of America Training & Testing - 2013

### Professional Membership

Certified Appraisers Guild of America
National Association of Professional Women

### Awards

Certificate of Award - Outstanding Service - Future Homemakers of America - 1981, 1982

### Hobbies

Collector of antiques and collectibles for over 30 years.
Attending estate sales, auctions and antiques/collectibles shops.

B02-29-2016; GABLE
ADDENDUM- CATTLE ADDED

# Appendix A

Fair Market Value

**FARM EQUIPMENT**

1. 2006 John Deere 7520 tractor with cab, 741 front end loader, 4x4, odometer: 8,328, single wheel, quad transmission, hood broken off, fender missing on right side, grill is badly damaged, has a fuel leak. — $19,000.00
2. Gehl Mix-All Feed Mill, does not work, very poor condition, parts only — $350.00
3. 2000 Rolls Rite trailer, 8x20, dual wheels, tires are dry rotted, overall in poor condition — $750.00
4. Miscellaneous items include hand tools, jack, ladder — $32.00
5. Miscellaneous items include DeWalt air compressor, post, hand tools — $42.00
6. Ellis & Son trailer 7x10, needs tire replacement, poor condition — $150.00
7. 1986 Case Backhoe, 580L, 4x4, Construction King, hours: 9,364, bushings have to be replaced, has been wrecked, is not in operating condition. — $3,750.00
8. TWL trailer, 8x20, single wheel, flat tires, poor condition — $350.00
9. Lincoln Electric AC 225 Arc Welder — $35.00
10. Vicon Hay Tedder 400 — $600.00
11. Cow panels — $24.00
12. John Deere 8400, power shift, hours: 12,570, has rust and damage in cab, steering wheel compartment is not stationary. (Mechanical lien is $12,000.00 in repairs) — $21,000.00
13. 2012 John Deere 468 Hay bailer, mega-wide plus, hours: 14,000+, — $6,000.00
14. 1980's International Case 1440 Combine, has several hydraulic leaks, is in poor condition, odometer: 4000+ hours, does not work, combine does not work at this time. — $2,000.00
15. 70's-80's Watermelon belt, 50 feet, needs new belt & motor — $350.00
16. Hyster 50 Forklift, parts only, does not work — $250.00
17. Rough Deck Platform Scale — $500.00
18. Cotton Wagon, 7x40, needs tires, rusted, poor condition — $750.00
19. LMC herbicide applicator, seals, hoses and pump needs to be replaced, does not work properly. — $350.00
20. Hay Cutter, poor condition — $100.00
21. 1990-95 New Holland Tub Grinder, has multiple issues, does not work — $500.00
22. 1996 Paul Cow Scale, poor condition — $350.00
23. 2005 Vermere 605 Hay Bailer, belts show fatigue, has been setting up for several years, poor condition — $3,000.00
24. John Deere 2955 Tractor with cab, odometer: does not work, cab's rear window broken, interior in very poor condition, has electrical short, hydraulics needs attention, tractor does not run. — $4,000.00

*Karen Peters, CAGA*

**B02-29-2016; GABLE
ADDENDUM - CATTLE ADDED**

| | |
|---|---:|
| 25. John Deere grain drill, poor condition, items that need to be replaced or repaired: planter assembly boxes on bottom of hopper, drive shaft, chain driver, all hoses, trans-gear and coulters. | $5,500.00 |
| 26. 1990's Horse trailer, poor condition, needs tires, brakes, light and wire, wood floor, metal has rusted through in top and side. | $1,000.00 |
| Total : FARM EQUIPMENT | $70,733.00 |

**VEHICLES/ATVS**

| | |
|---|---:|
| 27. 2007 Chevrolet Suburban LT, odometer: 196,743, color: black, interior: poor condition, exterior: poor condition, has mechanical issues: transmissions slips, has oil leak | $2,201.00 |
| 28. 1988 Dodge Ram, does not work, very poor condition, parts only | $125.00 |
| 29. 2002 Honda 350 ATV, odometer does not work, poor condition, seat damaged | $375.00 |
| 30. 2006 Honda Foreman 400 ES, ATV, odometer does not work, color: green, has been wrecked, carburetor not working properly. | $425.00 |
| 31. 2007 Dodge Ram 3500 Heavy Duty, 4x4, Turbo diesel, odometer: 176,336, color: gray, interior: very poor condition, exterior: very poor condition, tires need replacing, mechanical issues: needs clutch replacement | $5,590.00 |
| 32. 1986 Chevy pickup, parts only | $125.00 |
| 33. 1993 GMC truck, salvage | $125.00 |
| 34. 1989 Chevrolet truck, salvage | $125.00 |
| 35. 1977 Chevrolet truck, salvage | $125.00 |
| Total : VEHICLES/ATVS | $9,216.00 |

**FIREARMS**

| | |
|---|---:|
| 36. Remington 700 rifle, bolt action, 30.06 with scope, 1985, poor | $150.00 |
| 37. Browning shot gun, 12 gauge, pump | $200.00 |
| Total : FIREARMS | $350.00 |

**CATTLE**

| | |
|---|---:|
| 38. Miscellaneous Black Angus, small to medium stature cattle which include cows, calves, heifers, steers and bull for a total of 82 head. The client provided me the individual details of this herd. | $68,425.00 |

**TOTAL FAIR MARKET VALUE**     $148,724.00

*Karen Peters, CAGA*