FORM oncnf12 (Rev. 12/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Panama City Division

In Re: William E Gable Jr
    aka Bill Gable, aka W E Gable, dba Gable Farms
    SSN/ITIN: xxx–xx–0365
    Debtor

Bankruptcy Case No.: 16–50032–KKS

Chapter: 12
Judge: Karen K. Specie

**Order and Notice of Hearing on
Confirmation and Fixing Time to File Objections**

To All Creditors and Parties in Interest:

Please take notice that the debtor(s) has/have filed a Chapter 12 Plan or an Amended Plan.

**IT IS HEREBY ORDERED AND NOTICE GIVEN** that:

A hearing to consider confirmation of the proposed Chapter 12 Plan shall be held at U.S. Courthouse, 30 W. Government Street, Panama City, FL, on June 23, 2016 at 10:00 AM, Central Time.

Written objections to confirmation must be filed with the Court on or before June 16, 2016 at U.S. Bankruptcy Court, 110 E. Park Ave., Ste. 100, Tallahassee, FL 32301. A copy of the objection shall also be furnished to:

*Chapter 12 Trustee*
Leigh D. Hart
P.O. Box 646
Tallahassee, FL 32302

as well as

*Debtor's Attorney*
Charles M. Wynn
Charles M. Wynn Law Offices, P.A.
P.O. Box 146
Marianna, FL 32447

At the hearing, the Court will also hear and determine each motion, objection, and other matter filed by any party in interest that is then pending, provided that the motion, objection, or other matter was filed and served a period of time before the confirmation hearing no less than that required by the Federal Rules of Bankruptcy Procedure for notice of hearing of such a matter.

**Counsel for the debtor, if represented, is directed to serve a copy of this order together with a copy of the most recently filed plan (see Fed. R. Bankr. P. 3015(d)) to all creditors and parties in interest using a current mailing matrix from the Court's CM/ECF system, and promptly thereafter file a certificate of such service.** If the debtor is not represented by counsel, or if the debtor is represented *pro bono*, the Court will serve the Order and plan in accordance with applicable Rules.

**DONE AND ORDERED** on May 10, 2016.

/s/ Karen K. Specie
Karen K. Specie
U.S. Bankruptcy Judge