IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:

William E. Gable, Jr.   CASE #16-50032 KKS

    Debtor.
_____/

## CERTIFICATE OF SERVICE OF
## RESPONSE TO OBJECTION TO CLAIM BY DEBTOR (DOCKET #47)

**I HEREBY CERTIFY** that a copy of the Response to Objection to Claim by Debtor filed herein by Creditor Judkins, Simpson & Schulte (Docket #47), was furnished to James M. Durant at jd@boydlaw.net, to Leigh D. Hart, ldhdock@earthlink.net, ldhtre@earthlink.net, ldhadmin@earthlink.net, to the United States Trustee at USTPRegion21.TL.ECF@usdoj.gov, to Charles M. Wynn at candy@wynnlaw-fl.com, and the creditors on the Court's matrix which is attached hereto, by electronic means and regular U.S. mail on the 1st day of June, 2016.

**DATED** this 2nd day of June, 2016.

                                                          _____
                                                          RONALD A. MOWREY
                                                         FL BAR ID#0122006
                                                         rmowrey@mowreylaw.com
                                                         MOWREY LAW FIRM, P.A.
                                                         515 North Adams Street
                                                         Tallahassee, FL 32301
                                                         (850)222-9482 Telephone
                                                         (850)561-6867 Facsimile

                                                         ATTORNEYS FOR CREDITOR
                                                         JUDKINS, SIMPSON & SCHULTE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-5<br>Case 16-50032-KKS<br>Northern District of Florida<br>Panama City<br>Wed Jun  1 11:03:33 EDT 2016 | Allen Childs<br>7202 B Old US Road<br>Grand Ridge, FL 32442 | CVS Minute Clinic<br>4684 Hwy 90<br>Marianna, FL 32446-3503 |
| Carolyn Joan Keller<br>810 Braswell Road<br>Grand Ridge, FL 32442-3416 | Cbna<br>Po Box 6283<br>Sioux Falls, SD 57117-6283 | Dermatology Associates<br>1900 Harrison Ave.<br>Panama City, FL 32405-4542 |
| Farm Service Agency<br>2741 Penn Ave, Ste 8<br>Marianna, Fl 32448 | Faye Gable<br>6511 Bradley Road<br>Marianna, FL 32448-7257 | Gavin Haggard<br>655 County Road 169<br>Higdon, AL 35979 |
| James M. Durant, Jr.<br>1407 Piedmont Drive East<br>Tallahassee, Florida 32308-7962 | Joseph F. Boyd, Esq<br>Boyd & Durant, PL<br>1407 Piedmont Drive East<br>Tallahassee, FL 32308-7962 | Judkins, Simpson & Schulte<br>1102 North Gadsden Street<br>PO Box 10368<br>Tallahassee, FL 32302-2368 |
| MCI<br>PO Box 650355<br>Dallas, TX 75265-0355 | Roger Melvin<br>5324 Soul Drive<br>Panama City, FL 32404-7235 | SYNCB/Lowes<br>P.O. Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/Walmart Dc<br>Po Box 965024<br>Orlando, FL 32896-5024 | United States Trustee<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 | Verizon<br>PO Box 4001<br>Acworth, GA 30101-9002 |
| Wells Fargo Bank, N.A<br>P.O. Box 45038 MAC Z3057012<br>Jacksonville, FL 322325038 | West Rock fka Rock Tenn<br>725 Pittman Road<br>Attn:  Gary Leon<br>Curtis Bay, MD 21226-1721 | Carolyn Joan Keller<br>1407 Piedmont Drive East<br>Tallahassee, FL 32308-7962 |
| Charles M. Wynn<br>Charles M. Wynn Law Offices, P.A.<br>P.O. Box 146<br>Marianna, FL 32447-0146 | Georgia Evans<br>Professional Management Systems, Inc.<br>512 Pennsylvania Av.<br>Lynn Haven, FL 32444-1840 | Leigh D. Hart<br>P.O. Box 646<br>Tallahassee, FL 32302-0646 |
| William D. Bass, CPA<br>W. D. Bass & Company<br>455 Harrison Ave., Ste. C<br>Panama City, FL 32401-2755 | William E Gable Jr<br>6511 Bradley Road<br>Marianna, FL 32448-7257 | End of Label Matrix<br>Mailable recipients    25<br>Bypassed recipients     0<br>Total                  25 |