UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE: WILLIAM E. GABLE, JR,           CASE NO.: 16-50032
AKA BILL GABLE, AKA W.E. GABLE     CHAPTER 12
DBA GABLE FARMS

     Debtor.
_____\

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the Notice of Non-Evidentiary Hearing (Motion to Pay Accountant (Georgia) - Docket #48 were sent via electronic mail to the following email addresses via ECF on the date of entry:

- James M Durant    jd@boydlaw.net
- Leigh D. Hart    ldhdock@earthlink.net, ldhtre@earthlink.net;ldhadmin@earthlink.net
- Ronald A. Mowrey    rmowrey@mowreylaw.com, firm@mowreylaw.com
- United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
- Charles M. Wynn    candy@wynnlaw-fl.com

and via regular mail to the parties on the attached mailing matrix on the 2nd day of June, 2016.

/s/ Charles M. Wynn
CHARLES M. WYNN
P.O. BOX 146
MARIANNA, FLORIDA 32447
ATTORNEY FOR DEBTOR
FL BAR NO 0241695
(850)526-3520
Email: Charles@Wynnlaw-fl.com
Secondary email: Court@Wynnlaw-fl.com

```
Label Matrix for local noticing         William D. Bass, CPA                  Georgia Evans
1129-5                                   W. D. Bass & Company                  Professional Management Systems, Inc.
Case 16-50032-KKS                        455 Harrison Ave., Ste. C             512 Pennsylvania Av.
Northern District of Florida             Panama City, FL 32401-2755            Lynn Haven, FL 32444-1840
Panama City
Thu Jun  2 15:18:09 EDT 2016

Florida Dept. of Labor/Employment Security   Florida Dept. of Revenue          William E Gable Jr
c/o Florida Dept. of Revenue                 Bankruptcy Unit                   6511 Bradley Road
P.O. Box 6668                                P.O. Box 6668                     Marianna, FL 32448-7257
Tallahassee, FL 32314-6668                   Tallahassee, FL 32314-6668


Judkins Simpson & Schulte                Carolyn Joan Keller                   U.S. Attorney (Tallahassee Office)
Judkins Simpson & Schulte                1407 Piedmont Drive East              111 N. Adams Street
515 North Adams Street                   Tallahassee, FL 32308-7962            Fourth Floor
Mowrey Law Firm, P.A.                                                          Tallahassee, FL 32301-7736
Tallahassee, FL 32301-1111


(p)U S SECURITIES AND EXCHANGE COMMISSION    Allen Childs                     Boyd & Durant, P.L.
ATLANTA REG OFFICE AND REORG                 7202 B Old US Road               c/o James M. Durant, Jr., Boyd & Durant,
950 E PACES FERRY RD NE STE 900              Grand Ridge, FL 32442            1407 Piedmont Drive East
ATLANTA GA 30326-1382                                                         Tallahassee, Florida 32308-7962


CVS Minute Clinic                        Carolyn Joan Keller                   Cbna
4684 Hwy 90                              810 Braswell Road                     Po Box 6283
Marianna, FL 32446-3503                  Grand Ridge, FL 32442-3416            Sioux Falls, SD 57117-6283



Dermatology Associates                   Farm Service Agency                   Faye Gable
1900 Harrison Ave.                       2741 Penn Ave, Ste 8                  6511 Bradley Road
Panama City, FL 32405-4542               Marianna, Fl 32448                    Marianna, FL 32448-7257



Gavin Haggard                            James M. Durant, Jr.                  Joseph F. Boyd, Esq
655 County Road 169                      1407 Piedmont Drive East              Boyd & Durant, PL
Higdon, AL 35979                         Tallahassee, Florida 32308-7962       1407 Piedmont Drive East
                                                                               Tallahassee, FL 32308-7962


Judkins, Simpson & Schulte               MCI                                   Roger Melvin
1102 North Gadsden Street                PO Box 650355                         5324 Soul Drive
PO Box 10368                             Dallas, TX 75265-0355                 Panama City, FL 32404-7235
Tallahassee, FL 32302-2368


SYNCB/Lowes                              Syncb/Walmart Dc                      Verizon
P.O. Box 965005                          Po Box 965024                         PO Box 4001
Orlando, FL 32896-5005                   Orlando, FL 32896-5024                Acworth, GA 30101-9002



Wells Fargo Bank, N.A                    West Rock fka Rock Tenn               United States Trustee +
P.O. Box 45038 MAC Z3057012              725 Pittman Road                      110 E. Park Avenue
Jacksonville, FL 322325038               Attn: Gary Leon                       Suite 128
                                         Curtis Bay, MD 21226-1721             Tallahassee, FL 32301-7728
```

| | | |
|---|---|---|
| Leigh D. Hart +<br>P.O. Box 646<br>Tallahassee, FL 32302-0646 | Ronald A. Mowrey +<br>Mowrey Law Firm, P.A.<br>515 North Adams Street<br>Tallahassee, FL 32301-1111 | Charles M. Wynn +<br>Charles M. Wynn Law Offices, P.A.<br>P.O. Box 146<br>Marianna, FL 32447-0146 |
| Secretary of the Treasury +<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 | Internal Revenue Service +<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | James M Durant Jr+<br>Boyd & Durant, P.L.<br>1407 Piedmont Dr E<br>Tallahassee, FL 32308-7962 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Securities & Exchange Commission
Branch of Reorganization
3475 Lenox Rd., N.E. Suite 100
Atlanta, GA 30326-1323

End of Label Matrix
Mailable recipients    35
Bypassed recipients     0
Total                  35