UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE: WILLIAM E. GABLE, JR,      CASE NO.: 16-50032
AKA BILL GABLE, AKA W.E. GABLE     CHAPTER 12
DBA GABLE FARMS

    **Debtor.**
_____\

## ORDER SUSTAINING OBJECTION TO CLAIM NUMBER 5 OF CAROLYN JOAN KELLER (Doc #64)

THIS CAUSE having come before the Court after negative notice on the Debtor's Objection to Claim Number 5 filed on behalf of CAROLYN JOAN KELLER (Doc #64). After having considered the objection and no response having been filed, it is

ORDERED:

1. The Objection to Claim Number 5 of CAROLYN JOAN KELLER in the amount of $295,078.62 is hereby sustained.

2. Claim Number 5 of CAROLYN JOAN KELLER in the amount of $295,078.62 is hereby disallowed.

DONE AND ORDERED on __July 18, 2016._____

_____
KAREN K. SPECIE
UNITED STATES BANKRUPTCY JUDGE

Attorney, Charles M. Wynn Law Offices, PA is directed to serve a copy of this Order on interested parties and file a proof of service within 3 days of the entry of the Order.

This Order prepared by: Charles M. Wynn Law Offices, PA, PO Box 146, Marianna, FL  32447 (Amended in Chambers)

Order on Objection to Claim Number 5 of CAROLYN JOAN KELLER