FORM nhgnrlp (Rev. 06/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Panama City Division

In Re: William E Gable Jr
   aka Bill Gable, aka W E Gable, dba Gable Farms
   SSN/ITIN: xxx–xx–0365
   Debtor

Bankruptcy Case No.:  16–50032–KKS

Chapter:  12
Judge:  Karen K. Specie

**Amended Notice of Hearing**

   PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on July 28, 2016, at 10:30 AM, Central Time, will be held at U.S. Courthouse, 30 W. Government Street, Panama City, FL.

   *36* – Chapter 12 Plan with payment schedule filed by Debtor William E Gable Jr (Re: 1 Voluntary Petition (Chapter 12)). (Wynn, Charles)

   *45* – Motion to Pay Accountant – Georgia Evans filed by Charles M. Wynn on behalf of William E Gable Jr. (Wynn, Charles)

   *60* – Motion to Dismiss Case filed by James M Durant Jr on behalf of Carolyn Joan Keller. (Durant, James)

Dated: July 19, 2016

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**TIME ALLOTTED:** 2 hours

**REASON AMENDED:** TIME OF HEARING

**SERVICE:** Service by the Court pursuant to applicable Rules.